UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        )
                                 )        **95-8089**
           Plaintiff,            )
                                 )        **CR-HURLEY**
     v.                          )   Case No. _____
                                 )        21 USC 846
                                 )        21 USC 841(a)(1)
                                 )        18 USC 2
KELBY RAMON FRANKLIN,            )
a/k/a "Kev", a/k/a "Elroy";      )        MAGISTRATE JUDGE
KEMMYE RICCARDO PARSON;          )             VITUNAC
GARY ALPHONSO PARSON,            )   Magistrate Judge
a/k/a "Black";                   )
RONALD PARSON;                   )
WILLIE LOUIS PARSON,             )
a/k/a Louis Parson;              )
STACEY LADRAKE PARSON,           )
a/k/a "Ace";                     )
GARY WENDEL ALLEN,               )
a/k/a "Fathead";                 )
TONY CURTIS MARTIN;              )
TAYLOR MADISON THOMAS,           )
a/k/a "Shorty Red";              )
ANTHONY LEON BURNEY,             )
a/k/a "Fat Daddy";               )
GARY DENARD JONES,               )
a/k/a "Joe Rockhead",            )
a/k/a "Rockhead";                )
TERRANCE BERNARD HUTCHINS, and)
DERRICK DEVON SMITH,             )
a/k/a "Slo", a/k/a "Slope";      )
                                 )
           Defendants.           )   **INDICTMENT**
_____ )

        The Grand Jury charges that:


                        COUNT I

        From at least as early as the beginning of 1990, the

exact date being unknown to the grand jury, to on or about

December 15, 1994, at Palm Beach County, in the Southern District

of Florida, and elsewhere, the defendants,

KELBY RAMON FRANKLIN,
a/k/a "Kev", a/k/a "Elroy";
KEMMYE RICCARDO PARSON;
GARY ALPHONSO PARSON,
a/k/a "Black";
RONALD PARSON;
WILLIE LOUIS PARSON,
a/k/a Louis Parson;
STACEY LADRAKE PARSON,
a/k/a "Ace";
GARY WENDEL ALLEN,
a/k/a "Fathead";
TONY CURTIS MARTIN;
TAYLOR MADISON THOMAS,
a/k/a "Shorty Red";
ANTHONY LEON BURNEY,
a/k/a "Fat Daddy";
GARY DENARD JONES,
a/k/a "Joe Rockhead", a/k/a "Rockhead";
TERRANCE BERNARD HUTCHINS, and
DERRICK DEVON SMITH,
a/k/a "Slo", a/k/a "Slope";

did knowingly and intentionally combine, conspire, confederate and agree with each other, Jerome Trent Thomas, and with persons known and unknown to the Grand Jury to possess with intent to distribute Schedule II narcotic controlled substances, that is, mixtures and substances containing detectable amounts of cocaine and cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

COUNT II

From at least as early as the beginning of 1990, the exact date being unknown to the grand jury, to on or about December 15, 1994, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

2

KELBY RAMON FRANKLIN,
a/k/a "Kev", a/k/a "Elroy";
KEMMYE RICCARDO PARSON;
GARY ALPHONSO PARSON,
a/k/a "Black";
RONALD PARSON;
WILLIE LOUIS PARSON,
a/k/a Louis Parson;
STACEY LADRAKE PARSON,
a/k/a "Ace";
GARY WENDEL ALLEN,
a/k/a "Fathead";
TONY CURTIS MARTIN;
TAYLOR MADISON THOMAS,
a/k/a "Shorty Red";
ANTHONY LEON BURNEY,
a/k/a "Fat Daddy";
GARY DENARD JONES,
a/k/a "Joe Rockhead", a/k/a "Rockhead";
TERRANCE BERNARD HUTCHINS, and
DERRICK DEVON SMITH,
a/k/a "Slo", a/k/a "Slope";

did knowingly and intentionally combine, conspire, confederate and agree with each other, Jerome Trent Thomas, and with persons known and unknown to the Grand Jury to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.


COUNT III

On or about May of 1992, the exact date being unknown to the grand jury, at Palm Beach County, in the Southern District of Florida, the defendants,

3

**KELBY RAMON FRANKLIN,**
**a/k/a "Kev", a/k/a "Elroy"; and**
**GARY WENDEL ALLEN,**
**a/k/a "Fathead";**

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT IV

On or about June 15, 1992, at Palm Beach County, in the Southern District of Florida, the defendants,

**KELBY RAMON FRANKLIN,**
**a/k/a "Kev", a/k/a "Elroy";**
**KEMMYE PARSON;**
**WILLIE LOUIS PARSON,**
**a/k/a Louis Parson; and**
**GARY WENDEL ALLEN,**
**a/k/a "Fathead";**

did knowingly and intentionally attempt to possess with the intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT V

On or about August 6, 1992, at Palm Beach County, in the Southern District of Florida, the defendants,

**KEMMYE RICCARDO PARSON; and**
**GARY DENARD JONES,**
**a/k/a "Joe Rockhead", a/k/a "Rockhead";**

4

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT VI</u>

On or about October 7, 1992, at Palm Beach County, in the Southern District of Florida, the defendants,

**GARY ALPHONSO PARSON,**
a/k/a "Black";
**ANTHONY LEON BURNEY,**
a/k/a "Fat Daddy"; and
**DERRICK DEVON SMITH,**
a/k/a "Slo", a/k/a "Slope";

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, within 1000 feet of a public playground; in violation of Title 21, United States Code, Sections 860(a) and 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT VII</u>

On or about October 7, 1992, at Palm Beach County, in the Southern District of Florida, the defendants,

**GARY ALPHONSO PARSON,**
a/k/a "Black";
**ANTHONY LEON BURNEY,**
a/k/a "Fat Daddy"; and
**DERRICK DEVON SMITH,**
a/k/a "~~Joe Rockhead~~", a/k/a "~~Rockhead~~";

"Slo" ;              "Slope"  EMB—

5

did knowingly and intentionally possess with intent to distribute
a Schedule II narcotic controlled substance, that is, a mixture
and substance containing a detectable amount of cocaine base,
commonly known as crack cocaine; in violation of Title 21, United
States Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.

## COUNT VIII

On or about October 7, 1992, at a time other than
alleged in counts VI and VII, at Palm Beach County, in the
Southern District of Florida, the defendants,

**GARY ALPHONSO PARSON,**
**a/k/a "Black";**
**ANTHONY LEON BURNEY,**
**a/k/a "Fat Daddy"; and**
**DERRICK DEVON SMITH,**
**a/k/a "Slo", a/k/a "Slope";**

did knowingly and intentionally possess with intent to distribute
a Schedule II narcotic controlled substance, that is, a mixture
and substance containing a detectable amount of cocaine base,
commonly known as crack cocaine, within 1000 feet of a public
playground; in violation of Title 21, United States Code,
Sections 860(a) and 841(a)(1), and Title 18, United States Code,
Section 2.

## COUNT IX

On or about October 7, 1992, at a time other than
alleged in counts VI and VII, at Palm Beach County, in the
Southern District of Florida, the defendants,

6

GARY ALPHONSO PARSON,
a/k/a "Black";
ANTHONY LEON BURNEY,
a/k/a "Fat Daddy"; and
DERRICK DEVON SMITH,
a/k/a "Joe Rockhead", a/k/a "Rockhead";

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT X

On or about October to November 1992, the exact date being unknown to the grand jury, at Palm Beach County, in the Southern District of Florida, the defendants,

KELBY FRANKLIN,
a/k/a "kev", a/k/a "Elroy"; and
GARY WENDEL ALLEN,
a/k/a "Fathead";

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XI

On or about December 1992, the exact date being unknown to the at Palm Beach County, in the Southern District of Florida, the defendant,

7

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy";**

did knowingly and intentionally possess with intent to distribute
a Schedule II narcotic controlled substance, that is, a mixture
and substance containing a detectable amount of cocaine; in
violation of Title 21, United States Code, Section 841(a)(1) and
Title 18, United States Code, Section 2.


## COUNT XII

On or about December 1, 1992, at Palm Beach County, in
the Southern District of Florida, the defendant,

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy";**

did knowingly and intentionally possess with intent to distribute
a Schedule II narcotic controlled substance, that is, a mixture
and substance containing a detectable amount of cocaine base,
commonly known as crack cocaine; in violation of Title 21, United
States Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.


## COUNT XIII

On or about December 22, 1992, at Palm Beach County, in
the Southern District of Florida, the defendant,

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy";**

did knowingly and intentionally possess with intent to distribute
a Schedule II narcotic controlled substance, that is, a mixture
and substance containing a detectable amount of cocaine base,

8

commonly known as crack cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.


### COUNT XIV

On or about January 30, 1993, at Palm Beach County, in the Southern District of Florida, the defendants,

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy";**
**WILLIE LOUIS PARSON,**
**a/k/a Louis Parson; and**
**GARY WENDEL ALLEN,**
**a/k/a "Fathead";**

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.


### COUNT XV

On or about May 4, 1993, at Palm Beach County, in the Southern District of Florida, the defendant,

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy";**

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

9

## COUNT XVI

On or about June or July, 1993, the exact date being unknown to the grand jury, at Palm Beach County, in the Southern District of Florida, the defendants,

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy"; and**
**GARY WENDEL ALLEN,**
**a/k/a "Fathead";**

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XVII

On or about July 22, 1994, at Palm Beach County, and elsewhere, in the Southern District of Florida, the defendant,

**KELBY FRANKLIN,**
**a/k/a "kev", a/k/a "Elroy";**

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly knowns as crack cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XVIII

On or about November 15, 1994, at Palm Beach County, in the Southern District of Florida, the defendants,

**KELBY FRANKLIN,**
**a/k/a "Kev", a/k/a "Elroy"; and**
**GARY WENDEL ALLEN,**
**a/k/a "Fathead";**

did knowingly and intentionally attempt to possess with intent to
distribute a Schedule II narcotic controlled substance, that is,
a mixture and substance containing a detectable amount of
cocaine; in violation of Title 21, United States Code, Section
846 and Title 18, United States Code, Section 2.


## COUNT XIX

On or about December 7, 1994, at Palm Beach County, in
the Southern District of Florida, the defendant,

**RONALD PARSON,**

did knowingly and intentionally possess with intent to distribute
a Schedule II narcotic controlled substance, that is, a mixture
and substance containing a detectable amount of cocaine base,
commonly known as crack cocaine; in violation of Title 21, United
States Code, Section 841(a)(1) and Title 18, United States Code,
Section 2.

A TRUE BILL

_____
FOREPERSON

_____
KENDALL COFFEY
UNITED STATES ATTORNEY

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95 - 8089
CR - HURLEY

UNITED STATES OF AMERICA

CASE NO. _____

MAGISTRATE JUDGE
VITUNAC

v.

**CERTIFICATE OF TRIAL ATTORNEY**

KELBY RAMON FRANKLIN, ET AL

I do hereby certify:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    This case will take __18__ days for the parties to try.

4.    Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0  to  5 days | _____ | Petty | | _____ |
| II | 6  to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | __X__ | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | __X__ |
| V | 61 days and over | _____ | | | |

5.    Has this case been previously filed in this District
      Court? __NO__ (Yes or No)  If yes:

Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?  ____NO (Yes or No)
If yes:

Magistrate Case No. _____

Related Miscellaneous numbers: _____

6.    This case originated in the U.S. Attorney's office prior
to August 16, 1985 __NO__ (Yes or No).

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0739472
REV. 12/01/94

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95-8089

PENALTY SHEET

Defend. Name:  KELBY RAMON FRANKLIN    Case #:    CR - HURLEY

=================================================================

Count #:  I, II, III, IV                         MAGISTRATE JUDGE
                                                   VITUNAC

Max. Penalty:  10 years to life, $4 million fine as to each count

=================================================================

Count #:  X, XI, XII, XIII, XIV, XV

Max. Penalty:  10 years to life, $4 million fine as to each count

=================================================================

Count #:  XVI, XVII, XVIII, XIX

Max. Penalty:  10 years to life, $4 million fine as to each count

=================================================================

Count #:

Max. Penalty:

=================================================================

Count #:

Max. Penalty:

=================================================================

Count #:

Max. Penalty:

=================================================================
        *Refers only to possible term of incarceration, does not
        include possible fines, restitution, special assessments,
        parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

9 5 - 8 0 8 9

CR - HURLEY

Defend. Name:  KEMMYE RICCARDO PARSON    Case #: _____

========================================================================

Count #:  I, II, IV, V

MAGISTRATE JUDGE
VITUNAC

Max. Penalty:  10 years to life, $4 million fine as to each count

========================================================================

Count #:

_____

Max. Penalty:

========================================================================

Count #:

_____

Max. Penalty:

========================================================================

Count #:

_____

Max. Penalty:

========================================================================

Count #:

_____

Max. Penalty:

========================================================================

Count #:

_____

Max. Penalty:

========================================================================
        *Refers only to possible term of incarceration, does not
        include possible fines, restitution, special assessments,
        parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**9 5 - 8 0 8 9**

PENALTY SHEET

CR - FERLEY

Defend. Name:  <u>GARY ALPHONSO PARSON</u>     Case #:  _____ MAGISTRATE JUDGE
                                                        VITUNAC

========================================================================

Count #:  I, II

_____

Max. Penalty:  10 years to life, $4 million fine

========================================================================

Count #:  VIII

_____

Max. Penalty:  5 to 80 years, $4 million fine

========================================================================

Count #:  VI

_____

Max. Penalty:  0 to 40 years , $2 million fine

========================================================================

Count #:  VII

_____

Max. Penalty:  0 to 20 years, $2 million fine

========================================================================

Count #: IX

_____

Max. Penalty: 5 to 40 years, $2 million fine

========================================================================

Count #:

_____

Max. Penalty:

========================================================================
     *Refers only to possible term of incarceration, does not
     include possible fines, restitution, special assessments,
     parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95-8089

PENALTY SHEET

CR - RIDLEY

Defend. Name:  RONALD PARSON          Case #: _____

MAGISTRATE JUDGE
VITUNIC

============================================================

Count #:  I, II

_____

Max. Penalty:  10 years to life, $4 million fine as to each count

============================================================

Count #:  XIX

_____

Max. Penalty:  10 years to life, $4 million fine

============================================================

Count #:

_____

Max. Penalty:

============================================================

Count #:

_____

Max. Penalty:

============================================================

Count #:

_____

Max. Penalty:

============================================================

Count #:

_____

Max. Penalty:

============================================================
        *Refers only to possible term of incarceration, does not
        include possible fines, restitution, special assessments,
        parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**9 5 - 8 0 8 9**

PENALTY SHEET

CR - HURLEY

Defend. Name: <u>WILLIE LOUIS PARSON</u>     Case #: _____

=================================================================

Count #:  I, II, IV, XV

MAGISTRATE JUDGE
VITUNAC

_____

Max. Penalty:  10 years to life, $4 million fine as to each count

=================================================================

Count #:

_____

Max. Penalty:

=================================================================

Count #:

_____

Max. Penalty:

=================================================================

Count #:

_____

Max. Penalty:

=================================================================

Count #:

_____

Max. Penalty:

=================================================================

Count #:

_____

Max. Penalty:

=================================================================
    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95 - 8089

PENALTY SHEET

CR - HURLEY

Defend. Name <u>STACEY LADRAKE PARSON</u>          Case #: _____

MAGISTRATE JUDGE
VITUNAC

================================================================

Count #:  I, II

----------------------------------------------------------------

Max. Penalty:  10 years to life, $4 million fine as to each count

================================================================

Count #:

----------------------------------------------------------------

Max. Penalty:

================================================================

Count #:

----------------------------------------------------------------

Max. Penalty:

================================================================

Count #:

----------------------------------------------------------------

Max. Penalty:

================================================================

Count #:

----------------------------------------------------------------

Max. Penalty:

================================================================

Count #:

----------------------------------------------------------------

Max. Penalty:

================================================================
     *Refers only to possible term of incarceration, does not
     include possible fines, restitution, special assessments,
     parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95 - 8089

PENALTY SHEET

CR - HURLEY

Defend. Name  GARY WENDEL ALLEN          Case #: _____

========================================================

Count #:  I, II, III, IV and X                    MAGISTRATE JUDGE
                                                        VITUNAC

_____

Max. Penalty:  10 years to life, $4 million fine as to each count

========================================================

Count #:  XI, XV, XVII, XIX

_____

Max. Penalty: 10 years to life, $4 million fine as to each count

========================================================

Count #:

_____

Max. Penalty:

========================================================

Count #:

_____

Max. Penalty:

========================================================

Count #:

_____

Max. Penalty:

========================================================

Count #:

_____

Max. Penalty:

========================================================
     *Refers only to possible term of incarceration, does not
     include possible fines, restitution, special assessments,
     parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

95-8089

PENALTY SHEET

Defend. Name <u>TONY CURTIS MARTIN</u>        Case #: _____

CR-HURLEY

MAGISTRATE JUDGE
VITUNAC

======================================================================

Count #:  I, II

_____

Max. Penalty:  10 years to life, $4 million fine as to each count

======================================================================

Count #:

_____

Max. Penalty:

======================================================================

Count #:

_____

Max. Penalty:

======================================================================

Count #:

_____

Max. Penalty:

======================================================================

Count #:

_____

Max. Penalty:

======================================================================

Count #:

_____

Max. Penalty:

======================================================================
     *Refers only to possible term of incarceration, does not
     include possible fines, restitution, special assessments,
     parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**95-8089**

PENALTY SHEET

**CR-HURLEY**

Defend. Name <u>TAYLOR MADISON THOMAS</u>   Case #: _____

========================================================

Count #:  I, II

**MAGISTRATE JUDGE**
**VITUNAC**
_____

Max. Penalty:  10 years to life, $4 million fine as to each count

========================================================

Count #:
_____

Max. Penalty:

========================================================

Count #:
_____

Max. Penalty:

========================================================

Count #:
_____

Max. Penalty:

========================================================

Count #:
_____

Max. Penalty:

========================================================

Count #:
_____

Max. Penalty:

========================================================
   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**9 5 - 8 0 8 9**

**CR - HURLEY**

Defend. Name <u>ANTHONY LEON BURNEY</u>        Case #: _____

========================================

MAGISTRATE JUDGE
VITUNAC

Count #:  I, II

_____

Max. Penalty:  10 years to life, $4 million fine as to each count

========================================

Count #: VI

_____

Max. Penalty: 0 to 40 years, $2 million fine

========================================

Count #:  VII

_____

Max. Penalty: 0 to 20 years, $2 million fine

========================================

Count #:  VIII

_____

Max. Penalty: 5 to 80 years, $4 million fine

========================================

Count #: IX

_____

Max. Penalty: 5 to 40 years, $2 million fine

========================================

Count #:

_____

Max. Penalty:

========================================

   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**9 5 - 80 8 9**

PENALTY SHEET

Defend. Name <u>GARY DENARD JONES</u>          Case #:

============================================================

Count #:  I, II, V

MAGISTRATE JUDGE

------------------------------------------------------------

Max. Penalty:  10 years to life, $4 million fine as to each count

============================================================

Count #:

------------------------------------------------------------

Max. Penalty:

============================================================

Count #:

------------------------------------------------------------

Max. Penalty:

============================================================

Count #:

------------------------------------------------------------

Max. Penalty:

============================================================

Count #:

------------------------------------------------------------

Max. Penalty:

============================================================

Count #:

------------------------------------------------------------

Max. Penalty:

============================================================
     *Refers only to possible term of incarceration, does not
     include possible fines, restitution, special assessments,
     parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA          95 - 8089

PENALTY SHEET
                                          CR - HURLEY

Defend. Name <u>TERRANCE BERNARD HUTCHINS</u>   Case #: _____

======================================================================

Count #:  I, II                          MAGISTRATE JUDGE
                                              VITUNAC
_____

Max. Penalty:  10 years to life, $4 million fine as to each count

======================================================================

Count #:
_____

Max. Penalty:
_____

======================================================================

Count #:
_____

Max. Penalty:
_____

======================================================================

Count #:
_____

Max. Penalty:
_____

======================================================================

Count #:
_____

Max. Penalty:
_____

======================================================================

Count #:
_____

Max. Penalty:
_____

======================================================================
        *Refers only to possible term of incarceration, does not
        include possible fines, restitution, special assessments,
        parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

9 5 - 8 0 8 9

PENALTY SHEET

CR - HURLEY

Defend. Name  DERRICK DEVON SMITH          Case #: _____

========================================================================

Count #:  I, II

MAGISTRATE JUDGE
VITUNAC

Max. Penalty:  10 years to life, $4 million fine as to each count

========================================================================

Count #: VI

_____

Max. Penalty: 0 to 40 years, $2 million fine

========================================================================

Count #:  VII

_____

Max. Penalty: 0 to 20 years, $2 million fine

========================================================================

Count #:  VIII

_____

Max. Penalty: 5 to 80 years, $4 million fine

========================================================================

Count #: IX

_____

Max. Penalty: 5 to 40 years, $2 million fine

========================================================================

Count #:

_____

Max. Penalty:

========================================================================

        *Refers only to possible term of incarceration, does not
        include possible fines, restitution, special assessments,
        parole terms, or forfeitures that may be applicable.

No. - - - - - - - - - - - - - - - -

# UNITED STATES ----.-. DISTRICT .-.-. COURT

Southern - - - - - - - - - - - - -   District of - - - - - Florida

- - - - - - - - - - - - - - - - - - - -

Northern - - - - - - - - - - -   Division

## THE UNITED STATES OF AMERICA

KELEX RAMON FRANKLIN, a/k/a "Kev", a/k/a "Elroy"; KEMME PARSON;
GARY ALFONSO PARSON, a/k/a "Black"; RONALD PARSON; WILLIE LOUIS PARSON
a/k/a "Louis Parson"; STACY TARRANCE PARSON; GARY ALLEN, a/k/a "Fathead";
TONY MARTIN; TAYLOR THOMAS, a/k/a "Sporty Bad"; ANTHONY BIRNEY, a/k/a
"Fat Daddy"; TERRANCE HUTCHINS; and DERRICK SMITH and GARY DENARD JONES

## INDICTMENT

21 USC 846
21 USC 841(a) (1)
18 USC 2

A true bill.

- - - - - - - - - - - - - - - - - - - -
*Foreman*

*Filed in open court this* - - - - - - - - - - - -

*of* - - - - - - - - - - - -  *A.D. 19*- - - - - -  *day*

- - - - - - - - - - - - - - - - - -
*Clerk*

Bail, $ - - - - - - - - - - - - - - -

GPO 883 828