UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 95-08089-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERRICK DEVON SMITH,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

**THIS CAUSE** is before the court upon the defendant's motion to reduce sentence [DE # 1389], the court's subsequent order [DE # 1390], the government's response [DE # 1394] and the report of the Probation Office.

18 U.S.C. § 3582(c)(2) allows the court to grant a defendant's motion to reduce sentence only "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission," and only "if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

Amendments 706 and 713 to the Sentencing Guidelines made retroactive changes to § 2D1.1 of the guidelines. Under the version of the § 2D1.1 in effect at the time of defendant's original sentencing, a base offense level of 38 was assigned to an offense involving any amount of crack cocaine over 1.5 kilograms. Under the amended version, a base offense level of 38 is assigned to offenses involving more than 4.5 kilograms of crack cocaine. Because the defendant was found responsible for 8.64 kilograms of crack cocaine, his base offense level is 38 under either version of § 2D1.1. Thus, the guideline imprisonment range applicable to the defendant in this case has not

Order Denying Motion to Reduce Sentence
U.S. v. Smith
Case No. 95-08089-CR-HURLEY/VITUNAC

been lowered by the Sentencing Commission, and a reduction in sentence is not authorized by § 3582(c)(2).

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. Defendant's motion to reduce sentence [DE # 1389] is **DENIED**.

2. The defendant is advised that a notice of appeal, if any, must be filed within **TEN (10) DAYS** of entry of this order on the court's docket. If the defendant cannot afford to retain counsel on appeal, and wishes to appeal this order, the court will maintain the appointment of the Office of the Federal Public Defender to represent the defendant on appeal.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this 23 day of April, 2008.

Daniel T. K. Hurley
U.S. District Judge

*Copies to:*
Federal Public Defender
United States Probation Office
United States Attorney's Office